WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STRICKRATH, et al., | Case No. 07-CV-01941 TEH |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | |
| GLOBALSTAR, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiffs, Kenneth and Sharan Strickrath, and the defendant, Globalstar, Inc. ("Globalstar"), that Globalstar, shall have until and including July 2, 2007 to respond to the Complaint on file in this action. The parties agree to this extension to allow Globalstar additional time during which to evaluate the issues raised by the Complaint, and to prepare its response. No prior extensions of time have been granted. The parties agree that by entering into this stipulation, Globalstar has not waived, and has, in fact, preserved, all available defenses including the right to move to dismiss this action.

The parties also respectfully request that the Court vacate the following deadlines set by the April 5, 2007 Order Setting Initial Case Management Conference and ADR Deadlines, and re-set them by an additional thirty days, or for such other dates as are convenient to the Court:

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT

1   Last Day to meet and confer regarding initial disclosures, early settlement, ADR process
2   selection, discovery plan, and to file ADR Certification with Stipulation to ADR Process or Notice
3   of Need for ADR Phone Conference—currently June 18, 2007, and re-set to July 18, 2007;

4   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f)
5   Report and file Case Management Statement—currently July 2, 2007, and re-set to August 1, 2007;
6   and

7   Initial Case Management Conference—currently scheduled for July 9, 2007 at 1:30 p.m., and
8   re-set to August 8, 2007 at 1:30 p.m., or to another date convenient for the Court.

9   The parties respectfully request that the Court enter the accompanying [Proposed] Order
10  extending Globalstar's time to respond to the Complaint to July 2, 2007, and vacating and re-setting
11  the other existing deadlines.

12                                          Respectfully submitted,

13  DATED: May 2, 2007                      WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
14

15                                                  /S/

16                                          _____
                                            Elizabeth I. Rogers, Esq.
17

18                                          Attorneys for Defendant GLOBALSTAR, INC.

19  / / / /
20  / / / /
21  / / / /
22  / / / /
23  / / / /
24  / / / /
25  / / / /
26  / / / /
27  / / / /
28
                                            -2-
                                                        STIPULATION AND [PROPOSED] ORDER
                                                        EXTENDING DEADLINE TO RESPOND TO
                                                        COMPLAINT

*Wilmer Cutler Pickering Hale and Dorr LLP*
*1117 California Avenue*
*Palo Alto, CA 94304*

| | |
|---|---|
| DATED: May 2, 2007 | AUDET & PARTNERS, LLP |
| | /S/ |
| | _____ |
| | Michael McShane, Esq. |
| | |
| | Of Counsel: |
| | Gary E. Mason |
| | Donna F. Solen |
| | Nicholas A. Migliaccio |
| | Charles A. Schneider |
| | The Mason Law Firm, LLP |
| | 1225 19th Street, NW |
| | Suite 500 |
| | Washington, D.C. 20036 |
| | Tel. (202) 429-2290 |
| | Fax. (202) 429-2294 |
| | |
| | Attorneys for Plaintiffs, KENNETH STRICKRATH and SHARON STRICKRATH |

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 2d day of May at Palo Alto, California.

/S/
_____
Elizabeth I. Rogers, Esq.

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

*Wilmer Cutler Pickering Hale and Dorr LLP*
*1117 California Avenue*
*Palo Alto, CA 94304*

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline for defendant, Globalstar, Inc., to respond to the Complaint on file in this action. Globalstar, Inc. shall have until and including July 2, 2007 to file and serve its initial response to the Complaint.

The Court hereby VACATES the dates set forth in the April 5, 2007 Order Setting Initial Case Management Conference and ADR Deadlines. The vacated deadlines are hereby reset as follows:

Last Day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, and to file ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference—previously June 18, 2007, now July 18, 2007. _____;

Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement—previously July 2, 2007, now August 6, 2007 _____; and

Initial Case Management Conference—previously scheduled for July 9, 2007 at 1:30 p.m., now August 13, 2007 at 1:30 PM _____.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 05/03/07 _____
Thelton E. Henderson
United States District Court Judge



-4-

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT