<div style="font-size:small">Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304</div>

1 WILMER CUTLER PICKERING
  HALE AND DORR LLP
2 Mark D. Flanagan (SBN: 130303)
  mark.flanagan@wilmerhale.com
3 Jonathan A. Shapiro (admitted *pro hac vice*)
  jonathan.shapiro@wilmerhale.com
4 Elizabeth I. Rogers (SBN: 226234)
  elizabeth.rogers@wilmerhale.com
5 1117 California Avenue
  Palo Alto, CA 94304
6 Tel. (650) 858-6000
  Fax. (650) 858-6100
7
  Attorneys for Defendant
8 GLOBALSTAR, INC.

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STRICKRATH, et al., | Case No. 07-CV-01941 TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE CMC AND MOTION TO DISMISS HEARINGS** |
| vs. | |
| GLOBALSTAR, INC., | |
| Defendant. | CURRENT DATE: August 13, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: 12, 19th Floor |
| | REQUESTED DATE: September 17, 2007 |

WHEREAS, Plaintiffs and Defendant Globalstar, Inc. ("Globalstar"), by and through their counsel, have stipulated to request the continuance of the Initial Case Management Conference and the Motion to Dismiss Hearings, both currently set for August 13, 2007, to September 17, 2007;

WHEREAS, the parties have agreed to, and respectfully request that the Court grant, a short twenty-one (21) day extension of time for Plaintiffs to file and serve their opposition to Globalstar's Motion to Dismiss;

WHEREAS, the parties have agreed to, and respectfully request that the Court grant, a

1  corresponding extension of time for Globalstar to file and serve its reply brief in support of its

2  Motion to Dismiss;

3      WHEREAS, on April 5, 2007, Plaintiffs filed their class action complaint against Globalstar,

4  Inc. ("Globalstar");

5      WHEREAS, on or about the week of April 16, 2007, counsel for Globalstar contacted

6  counsel for Plaintiffs and requested an extension of time to July 2, 2007 to answer the Complaint.

7  Plaintiffs consented to Globalstar's request and a Stipulation and [Proposed] Order Extending

8  Deadline to Respond to Complaint was filed on May 2, 2007.  The parties also respectfully requested

9  that the Court vacate certain of the deadlines set by the April 5, 2007 Order Setting Initial Case

10  Management Conference and ADR Deadlines, and re-set them by an additional thirty days.  The

11  Court entered the Order on May 3, 2007 with some modifications to the CMC deadlines.  There have

12  been no other time modifications in this case;

13      WHEREAS, on June 29, 2007, Plaintiffs filed an Amended Complaint;

14      WHEREAS, late Friday, July 6, 2007, Globalstar filed its Motion to Dismiss the Amended

15  Complaint;

16      WHEREAS, Plaintiffs' opposition to Globalstar's Motion to Dismiss is currently due July

17  23, 2007 and Defendant's reply is currently due July 30, 2007;

18      WHEREAS, Plaintiffs seek a brief, three-week extension to file their opposition brief to

19  August 13, 2007;

20      WHEREAS, Plaintiffs believe Defendant's Motion to Dismiss raises many complex legal

21  and factual issues, and that they need the requested additional time in order to fully and adequately

22  evaluate the issues raised by Globalstar and to prepare their response, and will be substantially

23  harmed if the request is not approved;

24      WHEREAS, this is the first request by Plaintiffs for an enlargement of time;

25      WHEREAS, if the Court approves the parties' stipulated request to extend the deadline for

26  Plaintiffs to file their opposition brief to August 13, 2007, then the parties seek a corresponding

27  extension for Globalstar to file and serve its reply brief, to August 27, 2007;

28

- 2 -

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO
DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE
CMC AND MOTION TO DISMISS HEARINGS

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

1   WHEREAS, if the Court approves the parties' stipulated request to continue the Motion to
2 Dismiss hearing, the briefing will be completed twenty-one (21) days prior to, and well in advance
3 of, the hearing;

4   WHEREAS, the requested time modifications will not significantly affect the schedule of
5 this case. The Case Management Conference and the Hearing on Globalstar's Motion to Dismiss are
6 currently scheduled for August 13, 2007. Because of various scheduling conflicts, the Parties have
7 stipulated to request the continuance of these hearings until September 17, 2007. Thus, granting
8 Plaintiffs' request for this brief extension will not have any serious effect on the efficient litigation
9 and prompt resolution of this matter;

10   WHEREAS, the parties seek to continue the Initial Case Management Conference to the
11 same day as the hearing on the Motion to Dismiss to promote efficiency, and accommodate the
12 schedules of the parties;

13   WHEREAS, the parties stipulate to, and request that the Court grant, an extension of two
14 weeks to meet and confer regarding initial disclosures, early settlement, ADR process selection,
15 discovery plan, and to file ADR Certification with Stipulation to ADR Process or Notice of Need for
16 ADR Phone Conference, from July 18, 2007 to August 1, 2007;

17   NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the
18 accompanying [Proposed] Order granting the following:

19   Plaintiffs shall have until and including August 13, 2007 to file and serve their opposition to
20 Globalstar's Motion to Dismiss;

21   Globalstar shall have until and including August 27, 2007 to file and serve its reply in
22 support of its Motion to Dismiss;

23   The Initial Case Management Conference – currently scheduled for August 13, 2007 at 1:30
24 p.m. – shall be continued to September 17, 2007 at 1:30 p.m.;

25   The hearing on Globalstar's Motion to Dismiss – currently scheduled for August 13, 2007 at
26 10:00 a.m. – shall be continued to September 17, 2007 at 10:00 a.m.;

27   The last day to meet and confer regarding initial disclosures, early settlement, ADR process

28

- 3 -
Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE CMC AND MOTION TO DISMISS HEARINGS

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

1  selection, discovery plan, and to file ADR Certification with Stipulation to ADR Process or Notice
2  of Need for ADR Phone Conference, currently July 18, 2007, shall be reset to August 1, 2007; and
3  　　　　The parties respectfully request that the Court enter the accompanying [Proposed] Order
4  extending Plaintiffs' deadline to file and serve their opposition to Globalstar's Motion to Dismiss,
5  vacating and re-setting certain other existing deadlines and continuing the Initial Case Management
6  Conference and hearing on Defendant's Motion to Dismiss.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: July 12, 2007　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　 HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　---------------------------------
　　　　　　　　　　　　　　　　　　　　Elizabeth I. Rogers, Esq.

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant GLOBALSTAR, INC.

- 4 -
Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO
DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE
CMC AND MOTION TO DISMISS HEARINGS

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

DATED: July 12, 2007  AUDET & PARTNERS, LLP

/S/
_____
Michael McShane, Esq.

Of Counsel:
Gary E. Mason
Donna F. Solen
The Mason Law Firm, LLP
1225 19th Street, NW
Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Attorneys for Plaintiffs, KENNETH STICKRATH and SHARON STICKRATH

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 12th day of July at Palo Alto, California.

/S/
_____
Elizabeth I. Rogers, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

- 5 -
Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE CMC AND MOTION TO DISMISS HEARINGS

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline for Plaintiffs to file and serve their opposition to Globalstar's Motion to Dismiss. Plaintiffs shall have until and including August 13, 2007 to file and serve their opposition to Globalstar's Motion to Dismiss;

The Court hereby GRANTS the parties' stipulated request to extend the deadline for Globalstar to file and serve its reply in support of its Motion to Dismiss. Globalstar shall have until and including August 27, 2007 to file and serve its reply in support of its Motion to Dismiss;

The Court hereby GRANTS the parties' stipulated request to continue the hearing on Globalstar's Motion to Dismiss – previously August 13, 2007, now September 17, 2007 at 10:00 a.m.;

The Court hereby VACATES the following dates set forth in the May 3, 2007 Order and hereby resets them as follows:

The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, and to file ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference – previously July 18, 2007, now August 1, 2007;

Initial Case Management Conference – previously scheduled for August 13, 2007, now September 17, 2007 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 07/12/07

_____
Henderson
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – Judge Thelton E. Henderson]

- 6 -
Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING AND OTHER DEADLINES AND CONTINUE CMC AND MOTION TO DISMISS HEARINGS