# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KENNETH STICKRATH and SHARAN STICKRATH, individually and on behalf of all others similarly situated

Plaintiff(s),

v.

GLOBALSTAR, INC.

Defendant(s).

CASE NO. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline <u>90 days from the Court's Order on the Motion to Dismiss</u>

Dated: 7-31-07

/s/ Donna F. Solen
Attorney for Plaintiff

Dated: 7-31-07

/s/ Elizabeth I. Rogers
Attorney for Defendant

SIGNATURE ATTESTATION

    I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 31st day of July at Palo Alto, California.

                                                /s/ Elizabeth I. Rogers

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other  90 days from Order on Motion to Dismiss

IT IS SO ORDERED.

Dated: 08/01/07



_____
DISTRICT ~~ES MAGISTRATE~~ JUDGE