WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STRICKRATH, et al., | Case No. 07-CV-01941 TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| GLOBALSTAR, INC., | DATE: September 17, 2007 |
| Defendant. | TIME: 10:00 a.m. |
| | COURTROOM: 12, 19th Floor |

WHEREAS, the Initial Case Management Conference and the Motion to Dismiss Hearings are both scheduled for September 17, 2007 at 10:00 a.m.;

WHEREAS, the reply in support of defendant Globalstar, Inc.'s ("Globalstar") Motion to Dismiss is currently due on Monday, August 27, 2007;

WHEREAS, Globalstar has requested, and counsel for plaintiffs has agreed to, a brief extension until Thursday, August 30, 2007 for Globalstar to file its reply;

WHEREAS, the parties' stipulated request to extend the deadline for Globalstar's reply will not affect the hearing date;

1   NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the
2   accompanying [Proposed] Order granting an extension until Thursday, August 30, 2007 for
3   Globalstar to file its reply in support of its Motion to Dismiss.

Respectfully submitted,

DATED: August 24, 2007        WILMER CUTLER PICKERING
                              HALE AND DORR LLP

                              /S/
                              _____
                              Elizabeth I. Rogers, Esq.

                              Attorneys for Defendant GLOBALSTAR, INC.

DATED: August 24, 2007        THE MASON LAW FIRM, LLP

                              /S/
                              _____
                              Donna Solen, Esq.
                              1225 19th Street, NW
                              Suite 500
                              Washington, D.C. 20036
                              Tel. (202) 429-2290
                              Fax. (202) 429-2294

                              Attorneys for Plaintiffs, KENNETH
                              STICKRATH and SHARON STICKRATH

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of August at Palo Alto, California.

                              /S/
                              _____
                              Elizabeth I. Rogers, Esq.

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline for Globalstar to file and serve its reply in support of its Motion to dismiss to Thursday, August 30, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 08/27/07



Thelton E. Henderson
United States District Court Judge

Case No. 07-CV-01941 TEH                    STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
                                            FOR REPLY IN SUPPORT OF MOTION TO DISMISS

US1DOCS 6336420v1