WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STRICKRATH, et al., | Case No. 07-CV-01941 TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| GLOBALSTAR, INC., | |
| Defendant. | |

WHEREAS, defendant Globalstar, Inc.'s ("Globalstar") response to Plaintiffs' Second Amended Class Action Complaint for Damages is currently due on Monday, November 5, 2007;

WHEREAS, Globalstar has requested, and counsel for Plaintiffs has agreed to, a brief extension until Wednesday, November 14, 2007 for Globalstar to file its response;

WHEREAS, the parties' stipulated request to extend the deadline for Globalstar's response will not affect any hearing date;

NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the

Case No. 07-CV-01941 TEH        STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT

accompanying [Proposed] Order granting an extension until Wednesday, November 14, 2007 for Globalstar to file its response to Plaintiffs' Second Amended Class Action Complaint for Damages.

Respectfully submitted,

DATED: October 30, 2007                WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                              /S/
                                        _____
                                        Elizabeth I. Rogers, Esq.

                                        Attorneys for Defendant GLOBALSTAR, INC.

DATED: October 30, 2007                THE MASON LAW FIRM, LLP

                                              /S/
                                        _____
                                        Donna Solen, Esq.
                                        1225 19th Street, NW
                                        Suite 500
                                        Washington, D.C. 20036
                                        Tel. (202) 429-2290
                                        Fax. (202) 429-2294

                                        Attorneys for Plaintiffs, KENNETH
                                        STICKRATH and SHARON STICKRATH

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of October at Palo Alto, California.

                                              /S/
                                        _____
                                        Elizabeth I. Rogers, Esq.

1 **[PROPOSED] ORDER**

2  The Court hereby GRANTS the parties' stipulated request to extend the deadline for

3 Globalstar to file and serve its response to Plaintiffs' Second Amended Class Action Complaint for

4 Damages to Wednesday, November 14, 2007.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED

8 DATED: 11/02/07

Thelton E. Henderson
United States District Court Judge

*Judge Thelton E. Henderson*

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

US1DOCS 6421219v1