
WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

**E-Filing**

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH STRICKRATH, et al.,

Plaintiffs,

vs.

GLOBALSTAR, INC.,

Defendant.

Case No. 07-CV-01941 TEH

**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

WHEREAS, Defendant Globalstar, Inc.'s ("Globalstar") response to Plaintiffs' Second Amended Class Action Complaint for Damages is due on Wednesday, November 14, 2007;

WHEREAS, Globalstar intends to move to dismiss Plaintiffs' Second Amended Class Action Complaint for Damages;

WHEREAS, the parties have met and conferred concerning a mutually workable schedule for the motion and have agreed that (1) Plaintiffs' opposition to Globalstar's motion to dismiss, if any, will be due on or before December 21, 2007; (2) Globalstar's reply to Plaintiffs' opposition, if any,

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

will be due on or before January 14, 2008; and (3) the hearing regarding the motion to dismiss will be set for January 28, 2008, or such other date as the Court may order.

NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the accompanying [Proposed] Order granting this schedule.

Respectfully submitted,

DATED: November 13, 2007

WILMER CUTLER PICKERING HALE AND DORR LLP

/S/

Elizabeth I. Rogers, Esq.

Attorneys for Defendant GLOBALSTAR, INC.

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

DATED: November 13, 2007

THE MASON LAW FIRM, LLP

/S/

Donna Solen, Esq.
1225 19th Street, NW
Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Attorneys for Plaintiffs, KENNETH STICKRATH, SHARAN STICKRATH, NEIL GREENBERG and JOHN WALLACE

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 13th day of November at Palo Alto, California.

/S/

Elizabeth I. Rogers, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

**~~[PROPOSED]~~ ORDER**

The Court hereby GRANTS the parties' stipulated request that (1) Plaintiffs' opposition to Globalstar's motion to dismiss is due on or before December 21, 2007; (2) Globalstar's reply to Plaintiffs' opposition, if any, is due on or before January 14, 2008; and (3) the hearing regarding the motion to dismiss is set for January 28, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/14/07

Thelton E. Henderson
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT