1 | WILMER CUTLER PICKERING
 HALE AND DORR LLP
2 | Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
3 | Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
4 | Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
5 | 1117 California Avenue
Palo Alto, CA 94304
6 | Tel. (650) 858-6000
Fax. (650) 858-6100
7 |
Attorneys for Defendant
8 | GLOBALSTAR, INC.

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | KENNETH STRICKRATH, et al.,                )   Case No. 07-CV-01941 TEH
                                            )
14 |              Plaintiffs,                 )
                                            )
15 |    vs.                                   )
                                            )   **STIPULATION AND [~~PROPOSED~~]**
16 | GLOBALSTAR, INC.,                         )   **ORDER EXTENDING PERIOD FOR**
                                            )   **MEDIATION**
17 |              Defendant.                  )
                                            )
18 |                                          )
                                            )
19 | _____     )

20

21 |        WHEREAS, the parties agreed and the Judge ordered this case to be mediated as part of the

22 | Court's ADR program;

23 |        WHEREAS, a mediation hearing is scheduled for December 7, 2007;

24 |        WHEREAS, the deadline for the parties to mediate is December 17, 2007;

25 |        WHEREAS, the parties have met and conferred concerning mediation efforts and have

26 | agreed that increasing the time available for pre-mediation discovery may increase the likelihood of

27 | a productive mediation hearing;

28 |        WHEREAS, the parties have confirmed that the mediator is available in February 2008 and

*(left margin, rotated)* Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

1   are working to confirm a mutually workable date for the mediation;

2        WHEREAS, the parties have agreed to follow up with the Court once a specific date in

3   February for the mediation has been scheduled;

4        NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties stipulate to extend the

5   mediation deadline to Friday, March 14, 2008.

6
                                        Respectfully submitted,
7

8   DATED: November 30, 2007            WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
9

10                                           /S/

11                                      _____
                                        Jonathan A. Shapiro, Esq.
12

13                                      Attorneys for Defendant GLOBALSTAR, INC.

14  DATED: November 30, 2007            THE MASON LAW FIRM, LLP

15                                           /S/

16                                      _____
                                        Donna Solen, Esq.
17                                      1225 19th Street, NW
                                        Suite 500
18                                      Washington, D.C. 20036
                                        Tel. (202) 429-2290
19                                      Fax. (202) 429-2294

20                                      Attorneys for Plaintiffs, KENNETH
                                        STICKRATH, SHARAN STICKRATH, NEIL
21                                      GREENBERG and JOHN WALLACE

22

23

24

25

26

27

28
    Case No. 07-CV-01941 TEH                    STIPULATION AND [PROPOSED] ORDER EXTENDING PERIOD
                                                                                    FOR MEDIATION

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

1

**SIGNATURE ATTESTATION**

2          I hereby attest that concurrence in the filing of this document has been obtained from each of

3    the other signatories.  I declare under penalty of perjury of the laws of the United States that the

4    foregoing is true and correct.  Executed this 30th day of November at Palo Alto, California.

5                                                              /S/

6                                                              Jonathan A. Shapiro, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH                              STIPULATION AND [PROPOSED] ORDER EXTENDING PERIOD
                                                                                        FOR MEDIATION

1                                     **[PROPOSED] ORDER**

2        The Court hereby GRANTS the parties' stipulated request to extend deadline for holding a

3 mediation session to Friday, March 14.

4        PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7 DATED: _____ 12/03/07 _____



8                                   Thelton E. Henderson
                                  United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH                               STIPULATION AND [PROPOSED] ORDER EXTENDING PERIOD
                                                              FOR MEDIATION