WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Dale M. Edmondson (SBN 189793)
dale.edmondson@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STRICKRATH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBALSTAR, INC.,<br><br>Defendant. | Case No. 07-CV-01941 TEH (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING MOTION TO<br>COMPEL BRIEFING DEADLINES** |

    WHEREAS, the deadline for any Opposition to the parties' Motions to Compel is March 11, 2008;

    WHEREAS, the deadline for a reply to any Opposition to the parties' Motions to Compel is March 18, 2008;

    WHEREAS, the parties have a mediation scheduled on Monday, March 10, 2008;

    WHEREAS, the parties have met and conferred concerning the briefing schedule and have agreed that extending these deadlines is in the interest of both parties in light of the current case schedule and mediation;

1    WHEREAS, the extension of time will not affect a hearing or proceeding on the Court's
2  calendar;
3    NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties stipulate to, and respectfully
4  request that the Court enter the attached Order to, extend:

- the deadline for filing any Opposition to the parties' Motions to Compel to Friday, March 14, 2008; and
- the deadline for filing a reply to any Opposition to the parties' Motions to Compel to Friday, March 21, 2008.

Respectfully submitted,

DATED: March 6, 2008

WILMER CUTLER PICKERING
HALE AND DORR LLP

/S/

Jonathan A. Shapiro, Esq.

Attorneys for Defendant GLOBALSTAR, INC.

DATED: March 6, 2008

THE MASON LAW FIRM, LLP

/S/

Donna Solen, Esq.
1225 19th Street, NW
Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Attorneys for Plaintiffs, KENNETH STICKRATH, SHARAN STICKRATH, NEIL GREENBERG and JOHN WALLACE

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 6th day of March at Palo Alto, California.

/S/
_____
Jonathan A. Shapiro, Esq.

1  **[PROPOSED] ORDER**

2  The Court hereby GRANTS the parties' stipulated request to extend deadline for filing any

3  Opposition to the parties' Motions to Compel to Friday, March 14, 2008 and the deadline for filing a

4  reply to any Opposition to the parties' Motions to Compel to Friday, March 21, 2008.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  It is FURTHER ORDERED that both briefs shall be filed no later than noon.

8  DATED: March 7, 2008  _____

9  Hon. Elizabeth D. Laporte
United States Magistrate Judge



Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH (EDL)     STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION TO COMPEL BRIEFING DEADLINES