AUDET & PARTNERS, LLP
Michael McShane, Esq.
mmcshane@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel. (415) 568-2555
Fax. (415) 568-2556

THE MASON LAW FIRM, LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
Nicholas A. Migliaccio (*admitted pro hac vice*)
nmigliaccio@masonlawdc.com
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

LEVY, RAM & OLSON
Michael F. Ram (SB#104805)
mfr@lrolaw.com
Karl Olson (SB#104760)
ko@lrolaw.com
639 Front Street, Fourth Floor
San Francisco, California  94111
Tel.  (415) 433-4949
Fax.  (415) 433-7311

Attorneys for Plaintiffs
KENNETH STICKRATH, SHARAN STICKRATH,
NEIL GREENBERG, AND JOHN WALLACE

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STICKRATH, SHARAN STICKRATH, NEIL GREENBERG, AND JOHN WALLACE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GLOBALSTAR, INC.,<br><br>        Defendant. | Case No.  07-CV-01941 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES** |

07-CV-01941 TEH

WHEREAS, Plaintiffs and Defendant Globalstar, Inc. ("Globalstar"), by and through their counsel, have stipulated to request the modification of the class certification briefing schedule as set forth in the Supplemental Joint Case Management Statement filed March 17, 2008;

WHEREAS, Plaintiffs Motion for Class Certification is currently due April 7, 2008, Globalstar's response is due June 7, 2008 and Plaintiffs' Reply is due July 7, 2008;

WHEREAS, A hearing on the Plaintiffs' class certification motion has not been set;

WHEREAS, Plaintiffs moved to compel Defendant Globalstar, Inc. ("Globalstar") to produce certain documents relating to class certification;

WHEREAS, a hearing was held on Plaintiffs' motion to compel before the Honorable Magistrate Judge Elizabeth D. Laporte on April 1, 2008.  At the hearing, Judge Laporte granted in part Plaintiffs' motion, ordering Globalstar to produce documents responsive to Document Requests Nos. 12, 13, and 15 of Plaintiffs' First Request for Documents, without regard to any time limit.  The Court ordered Globalstar to begin production of documents on a rolling basis immediately and shall complete the production by April 11, 2008;

WHEREAS, Judge Laporte also suggested that the parties stipulate to a brief proposed extension of the class certification schedule, subject to Judge Henderson's approval, so that Plaintiffs have an opportunity to review and analyze the additional documents;

WHEREAS, Globalstar's production of the subject documents are due to Plaintiffs by April 11, 2008, Plaintiffs seek a short extension, until April 25, 2008, to review and analyze these documents prior to filing their motion for class certification;

WHEREAS the parties have agreed to, and respectfully request that the Court grant, a short extension of time for Plaintiffs to file and serve their Motion for Class Certification to April 25, 2008;

WHEREAS, the parties have agreed to, and respectfully request that the Court grant, a corresponding extension of time for Globalstar to file and serve its response brief to Plaintiffs' Motion for Class Certification to June 27, 2008;

07-CV-01941 TEH

Stipulation And [Proposed] Order To Extend Class Certification Briefing Deadlines

WHEREAS, the parties have agreed to, and respectfully request that the Court grant, a corresponding extension of time for Plaintiffs to file and serve a reply brief in support of their Motion for Class Certification on or before July 28, 2008;

WHEREAS, the requested time modifications will not significantly affect the schedule of this case.  Thus, granting Plaintiffs' request for this brief extension will not have any serious effect on the efficient litigation and prompt resolution of this matter;

NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the accompanying [Proposed] Order granting the following:

Plaintiffs shall have until and including April 25, 2008 to file and serve their Motion for Class Certification;

Globalstar shall have until and including June 27, 2008 to file and serve its response to Plaintiffs' Motion for Class Certification;

Plaintiffs shall have until and including July 28, 2008 to file and serve a reply to their Motion for Class Certification.

DATED: April 2, 2008                          THE MASON LAW FIRM, LLP

                                                        /S/ Donna F. Solen

                                                        Donna F. Solen, Esq. (admitted *pro hac vice*)
                                                        Gary E. Mason, Esq. (admitted *pro hac vice*)
                                                        Nicholas A. Migliaccio, Esq. (admitted *pro hac vice*)
                                                        The Mason Law Firm, LLP
                                                        1225 19th Street, NW, Suite 500
                                                        Washington, D.C. 20036
                                                        Tel. (202) 429-2290
                                                        Fax. (202) 429-2294

                                                        AUDET & PARTNERS, LLP
                                                        Michael McShane, Esq.
                                                        221 Main Street, Suite 1460
                                                        San Francisco, CA 94105
                                                        Tel. (415) 568-2555
                                                        Fax. (415) 568-2556

                                                        LEVY, RAM & OLSON
                                                        Michael F. Ram (SB#104805)
                                                        Karl Olson (SB#104760)

- 3 -

1

639 Front Street, Fourth Floor
San Francisco, California  94111

2

Tel.  (415) 433-4949
Fax.  (415) 433-7311

3

4

Attorneys for Plaintiffs
KENNETH STICKRATH, SHARAN
STICKRATH, NEIL GREENBERG, AND

5

JOHN WALLACE

6

DATED: April 2, 2008

WILMER CUTLER PICKERING

7

HALE AND DORR LLP

8

/S/

9

10

Dale M. Edmondson, Esq.

11

Attorneys for Defendant GLOBALSTAR,
INC.

12

13

**SIGNATURE ATTESTATION**

14

I hereby attest that concurrence in the filing of this document has been obtained from each

15

of the other signatories.  I declare under penalty of perjury of the laws of the United States that

16

the foregoing is true and correct.  Executed this 2nd day of April at Washington, D.C.

17

/S/

18

Donna F. Solen

19

20

21

22

23

24

25

26

27

28

07-CV-01941 TEH

1

**[PROPOSED] ORDER**

2     The Court hereby GRANTS the parties' stipulated request to extend the deadline for

3  Plaintiffs to file and serve their Motion for Class Certification.  Plaintiffs shall have until and

4  including April 25, 2008 to file and serve their Motion for Class Certification;

5     The Court hereby GRANTS the parties' stipulated request to extend the deadline for

6  Globalstar to file and serve its response brief to Plaintiffs' Motion for Class Certification.

7  Globalstar shall have until and including June 27, 2007 to file and serve its response brief to

8  Plaintiffs' Motion for Class Certification;

9     The Court hereby GRANTS the parties' stipulated request to extend the deadline for

10 Plaintiffs to file and serve their reply brief in support of their Motion for Class Certification.

11 Plaintiffs shall have until and including July 28, 2008 to file and serve a reply brief to their

12  Motion for Class Certification;

13 PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15

16 DATED: _____04/03/08_____        _____

17                                          Thelton E. Henderson
                                           United States District Court Judge

18



19

20                                          Judge Thelton E. Henderson

21

22

23

24

25

26

27

28

- 5 -                                       07-CV-01941 TEH