THE MASON LAW FIRM, LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
Nicholas A. Migliaccio (*admitted pro hac vice*)
nmigliaccio@masonlawdc.com
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

AUDET & PARTNERS, LLP
Michael McShane
mmcshane@audetlaw.com
Jessica Hawk
jhawk@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel. (415) 568-2555
Fax. (415) 568-2556

LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
Karl Olson (SBN 104760)
ko@lrolaw.com
639 Front Street, Fourth Floor
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Attorneys for Plaintiffs
KENNETH STICKRATH, SHARAN STICKRATH,
NEIL GREENBERG, AND JOHN WALLACE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STICKRATH, SHARAN STICKRATH, NEIL GREENBERG, AND JOHN WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBALSTAR, INC.,<br><br>Defendant. | NO.  07-CV-01941 THE (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN NAMED PLAINTIFFS ONLY** |

IT IS HEREBY STIPULATED between the parties that the claims of Plaintiffs' Sharan Stickrath, Neil Greenberg and John Wallace are dismissed without prejudice from the above-entitled action, that these three currently named Plaintiffs will not subsequently bring claims against Globalstar (or its affiliates or subsidiaries) in a representative capacity, and that all counterclaims against these three currently named Plaintiffs are dismissed without prejudice as well.

IT IS SO STIPULATED.

Dated: May 9, 2008

/s/ Michael F. Ram
Michael F. Ram
mfr@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA  94111
Tel:  415-433-4949
Fax:  415-433-7311
*Attorneys for Plaintiffs*

Dated: May 9, 2008

/s/ Jonathan Shapiro [w/permission]
Jonathan Acker Shapiro
WILMER CUTLER PICKERING HALE
 & DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Facsimile:  650-858-6100
*Attorneys for Defendant Globalstar, Inc.*

IT IS SO ORDERED.

DATED:  05/12/08

Thelton E. Henderson
Judge, United States District Court

No. 07-1947 TEH (EDL) – STIPULATION AND [PROPOSED] ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN NAMED PLAINTIFFS ONLY

2