WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Dale M. Edmondson (SBN: 189793)
dale.edmondson@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GLOBALSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STICKRATH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GLOBALSTAR, INC.,<br><br>　　　　Defendant. | Case No. 07-CV-01941 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES** |

WHEREAS, the parties, by and through their counsel, previously have stipulated to request the modification of the class certification briefing schedule as set forth in the Supplemental Joint Case Management Statement filed with the Court on March 17, 2008 and the Stipulation and [Proposed] Order to Extend Class Certification Briefing Deadlines filed with the Court on April 2, 2008;

WHEREAS, defendant Globalstar, Inc.'s ("Globalstar") response to Plaintiff's motion for class certification is currently due on Friday, June 27, 2008;

1   WHEREAS, Plaintiff's reply in support of his motion for class certification is currently due
2   on Monday, July, 28, 2008;
3   WHEREAS, the hearing on Plaintiff's motion for class certification is currently scheduled
4   for Monday, September 8, 2008 at 10 a.m.;
5   WHEREAS, Globalstar has requested, and counsel for Plaintiff has agreed to, a brief
6   extension up to and including Thursday, July 10, 2008 for Globalstar to file and serve its response;
7   WHEREAS, the parties have agreed to a corresponding brief extension up to and including
8   Thursday, August 14, 2008 for Plaintiff to file and serve any reply;
9   WHEREAS, the parties' stipulated request to extend the class certification briefing deadlines
10  will not affect the previously scheduled September 8, 2008 hearing for Plaintiff's class certification
11  motion;
12  WHEREAS, the requested extension will enable the parties to more fully brief the issues
13  presented in Plaintiff's motion;
14  NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the
15  accompanying [Proposed] Order granting:
16  An extension up to and including Thursday, July 10, 2008 for Globalstar to file and serve its
17  response to Plaintiff's motion for class certification; and,
18  An extension up to and including Thursday, August 14, 2008 for Plaintiff to file and serve
19  any reply in support of his motion for class certification.

Respectfully submitted,

DATED: June 13, 2008

WILMER CUTLER PICKERING
 HALE AND DORR LLP

/S/

Dale M. Edmondson

Attorneys for Defendant GLOBALSTAR, INC.

Case No. 07-CV-01941 TEH                    STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS
                                            CERTIFICATION BRIEFING DEADLINES

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

DATED: June 13, 2008                THE MASON LAW FIRM, LLP

/S/

_____
Donna F. Solen (admitted *pro hac vice*)
1225 19th Street, NW
Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Attorneys for Plaintiff KENNETH STICKRATH

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 13th day of June, 2008, at Palo Alto, California.

/S/

_____
Dale M. Edmondson, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH                STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline up to and including Thursday, July 10, 2008 for Globalstar to file and serve its response to Plaintiff's motion for class certification and extend the deadline up to and including Thursday, August 14, 2008 for Plaintiff to file and serve any reply in support of his motion for class certification.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 06/16/08



Thelton E. Henderson
United States District Judge

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES

US1DOCS 6712440v1