WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Jonathan A. Shapiro (admitted *pro hac vice*)
jonathan.shapiro@wilmerhale.com
Dale M. Edmondson (SBN: 189793)
dale.edmondson@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Christopher B. Zimmerman (admitted *pro hac vice*)
christopher.zimmerman@wilmerhale.com
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax. (617) 526-5000

Attorneys for Defendant
GLOBALSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH STICKRATH, | Case No. 07-CV-01941 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES AND IMPOSE SUMMARY JUDGMENT BRIEFING DEADLINES** |
| vs. | |
| GLOBALSTAR, INC., | |
| Defendant. | |

WHEREAS, the parties, by and through their counsel, previously have stipulated to request the modification of the class certification briefing schedule as set forth in the Supplemental Joint Case Management Statement filed with the Court on March 17, 2008, the Stipulation and [Proposed] Order to Extend Class Certification Briefing Deadlines filed with the Court on April 2, 2008, and the

1  Stipulation and [Proposed] Order to Extend Class Certification Briefing Deadlines filed with the
2  Court on June 13, 2008;

3  WHEREAS, defendant Globalstar, Inc.'s ("Globalstar") response to Plaintiff's motion for
4  class certification is currently due on Thursday, July 10, 2008;

5  WHEREAS, Plaintiff's reply in support of his motion for class certification is currently due
6  on Thursday, August 14, 2008;

7  WHEREAS, the hearing on Plaintiff's motion for class certification is currently scheduled
8  for Monday, September 8, 2008 at 10 a.m.;

9  WHEREAS, Globalstar has informed Plaintiff that it intends to move for summary judgment
10 with respect to his claims and to file that motion concurrently with its opposition to class
11 certification;

12 WHEREAS, Globalstar believes that the anticipated summary judgment motion and the
13 pending motion for class certification involve common issues of fact and law and the parties and the
14 Court would benefit from the opportunity to brief and consider the motions concurrently;

15 WHEREAS, Plaintiff does not concede that the timing of Globalstar's anticipated summary
16 judgment motion is appropriate and expressly reserves all his rights with respect to the anticipated
17 motion, he is nonetheless agreeable to the schedule propose herein;

18 WHEREAS, Globalstar has requested, and counsel for Plaintiff has agreed to, a brief
19 extension up to and including Tuesday, July 22, 2008 for Globalstar to file and serve its response to
20 Plaintiff's motion for class certification and its motion for and memorandum in support of summary
21 judgment;

22 WHEREAS, the parties have agreed to a corresponding brief extension up to and including
23 Thursday, August 28, 2008 for Plaintiff to file and serve any reply in support of his motion for class
24 certification and a response to Globalstar's motion for summary judgment;

25 WHEREAS, the parties have agreed that Globalstar shall file and serve any reply in support
26 of its motion for summary judgment on or before Tuesday, September 23, 2008;

27
28

*Wilmer Cutler Pickering Hale and Dorr LLP*
*1117 California Avenue*
*Palo Alto, CA 94304*

Case No. 07-CV-01941 TEH      STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS
                              CERTIFICATION BRIEFING DEADLINES AND IMPOSE SUMMARY
                              JUDGMENT BRIEFING DEADLINES

1    WHEREAS, the parties' have further agreed to request that the motion for class certification and motion for summary judgment be jointly heard on Monday, October 27, 2008, or such other date thereafter as is convenient for the Court;

NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the accompanying [Proposed] Order granting:

An extension up to and including Tuesday, July 22, 2008 for Globalstar to file and serve its response to Plaintiff's motion for class certification and its motion and supporting memorandum for summary judgment;

An extension up to and including Thursday, August 28, 2008 for Plaintiff to file and serve any reply in support of his motion for class certification and a response to Globalstar's motion for summary judgment;

A deadline up to and including Tuesday, September 23, 2008 for Globalstar to file and serve any reply in support of its motion for summary judgment; and,

The scheduling of a joint hearing for Plaintiff's motion for class certification and Globalstar's motion for summary judgment on Monday, October 27, 2008, or such other date thereafter as is convenient for the Court.

Respectfully submitted,

DATED: July 9, 2008                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        /S/

                                        Christopher B. Zimmerman (admitted *pro hac vice*)
                                        Attorneys for Defendant GLOBALSTAR, INC.

Case No. 07-CV-01941 TEH                    STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS
                                            CERTIFICATION BRIEFING DEADLINES AND IMPOSE SUMMARY
                                            JUDGMENT BRIEFING DEADLINES

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

DATED: July 9, 2008                                                     THE MASON LAW FIRM, LLP

                                                                                                /S/

                                                                        Donna F. Solen (admitted *pro hac vice*)
                                                                        1225 19th Street, NW
                                                                        Suite 500
                                                                        Washington, D.C. 20036
                                                                        Tel. (202) 429-2290
                                                                        Fax. (202) 429-2294

                                                                        Attorneys for Plaintiff KENNETH STICKRATH

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of July, 2008, at Boston, Massachusetts.

                                                                                                /S/

                                                                        Christopher B. Zimmerman, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. 07-CV-01941 TEH                     STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS
                                             CERTIFICATION BRIEFING DEADLINES AND IMPOSE SUMMARY
                                             JUDGMENT BRIEFING DEADLINES

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline up to and including Tuesday, July 22, 2008 for Globalstar to file and serve its response to Plaintiff's motion for class certification and its motion and supporting memorandum for summary judgment; extend the deadline up to and including Thursday, August 28, 2008 for Plaintiff to file and serve any reply in support of his motion for class certification and a response to Globalstar's motion for summary judgment; order a deadline up to and including Tuesday, September 23, 2008 for Globalstar to file and serve any reply in support of its motion for summary judgment; and, schedule a joint hearing for Plaintiff's motion for class certification and Globalstar's motion for summary judgment on Monday, November 3, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 07/10/08



Thelton E. Henderson
United States District Court Judge

Case No. 07-CV-01941 TEH

STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES AND IMPOSE SUMMARY JUDGMENT BRIEFING DEADLINES

US1DOCS 6740518v1