IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH STICKRATH, et al.,

           Plaintiffs,

v.

GLOBALSTAR, INC.,

           Defendant.

NO. C07-1941 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

The Court is in receipt of the parties' fourth request for an extension of the class certification briefing deadlines in this case. However, it does not appear to the Court that this case is so extraordinary as to require over eight weeks for Plaintiffs to prepare a reply to Defendant's opposition to class certification and an opposition to Defendant's motion for summary judgment. This is particularly true given that the regular time for filing opposition papers is three weeks after the motion is filed, and the ordinary time to file a reply is one week after the opposition papers are filed. Civ. L.R. 7-3. In addition, despite the parties' agreement, the Court will not grant such a long continuance in the briefing schedule without also continuing the motion hearing.

Accordingly, IT IS HEREBY ORDERED that the parties shall appear on **August 25, 2008, at 1:30 PM**, for a case management conference. At that time, they shall show cause as to why their stipulated request for extension of time should be granted. No written statement is required.

**IT IS SO ORDERED.**

Dated: 08/18/08

                                        THELTON E. HENDERSON, JUDGE
                                        UNITED STATES DISTRICT COURT