IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH STICKRATH, et al.,

                 Plaintiffs,

v.

GLOBALSTAR, INC.,

                 Defendant.

NO. C07-1941 TEH

ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

     The Court is in receipt of Plaintiff's motion for class certification, and of Defendant's motion for summary judgment. IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for class certification is VACATED. The parties shall appear on **October 29, 2008, at 10:00 AM**, for the previously scheduled hearing on Defendant's motion for summary judgment. At that time, they shall advise the Court how they believe this matter should proceed if the Court were to grant Defendant's motion for summary judgment as to the proposed class representative. No written statement is required.

**IT IS SO ORDERED.**

Dated:  October 22, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT