THE MASON LAW FIRM, LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
Nicholas A. Migliaccio (*admitted pro hac vice*)
nmigliaccio@masonlawdc.com
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

AUDET & PARTNERS, LLP
Michael McShane
mmcshane@audetlaw.com
Jessica Hawk
jhawk@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel. (415) 568-2555
Fax. (415) 568-2556

RAM & OLSON LLP
Michael F. Ram (SBN 104805)
mram@ramolson.com
Karl Olson (SBN 104760)
ko@lrolaw.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs
EDWARD M. WALSH and
DAVID F. KESLER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD M. WALSH and DAVID F. KESLER,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBALSTAR, INC.,<br><br>Defendant. | NO. 07-CV-01941 TEH (EDL)<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: **August 3, 2009**<br>Time: **10:00 a.m.**<br>Place: **Courtroom 12, 19th Floor**<br>**[Hon. Thelton E. Henderson]** |

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST
TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE
MANAGEMENT CONFERENCE

1

| | |
|---|---|
| 1 | Plaintiffs' motion for class certification is set for hearing on August 3, 2009 at 10:00 a.m. |
| 2 | A case management conference is scheduled for the same time. On July 30, 2009, the parties |
| 3 | reached, in principle, a class action settlement. Therefore, the parties jointly request that the |
| 4 | Court take the class certification motion off the August 3 calendar and continue the Case |
| 5 | Management Conference to August 31, 2009 at 1:30 p.m. The parties intend to document the |
| 6 | settlement promptly and to present preliminary class action settlement approval papers to the |
| 7 | Court in advance of the August 31, 2009 hearing. |

Dated: July 31, 2009

        /s/ Donna F. Solen
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
THE MASON LAW FIRM, LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Nicholas A. Migliaccio (*admitted pro hac vice*)
nmigliaccio@masonlawdc.com
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

*Attorneys for Plaintiffs*

        /s/ Jonathan A. Shapiro
Jonathan A. Shapiro (admitted *pro hac vice*)
Jonathan.shapiro@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN 130303)
Mark.flanagan@wilmerhale.com
Dale M. Edmondson (SBN 189793)
Dale.edmondson@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Defendant*

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE

2

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 31st day of July at Washington, D.C.

/S/
———————————————
Donna F. Solen

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE

3

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court hereby GRANTS the parties' stipulated request to take the class certification |
| 3 | motion off the August 3 calendar and continue the Case Management Conference to August 31, |
| 4 | 2009 at 1:30 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____07/31/09_____                          _____
                                                                                        Thelton E. Henderson
                                                                                        United States District Judge

*[Seal: United States District Court, Northern District of California — signed Judge Thelton E. Henderson]*