1  THE MASON LAW FIRM, LLP
   Gary E. Mason (*admitted pro hac vice*)
2  gmason@masonlawdc.com
   Donna F. Solen (*admitted pro hac vice*)
3  dsolen@masonlawdc.com
   Nicholas A. Migliaccio (*admitted pro hac vice*)
4  nmigliaccio@masonlawdc.com
   1225 19th Street, NW, Suite 500
5  Washington, D.C. 20036
   Tel. (202) 429-2290
6  Fax. (202) 429-2294

7  AUDET & PARTNERS, LLP
   Michael McShane
8  mmcshane@audetlaw.com
   Jessica Hawk
9  jhawk@audetlaw.com
   221 Main Street, Suite 1460
10 San Francisco, CA 94105
   Tel. (415) 568-2555
11 Fax. (415) 568-2556

12 RAM & OLSON LLP
   Michael F. Ram (SBN 104805)
13 mram@ramolson.com
   Karl Olson (SBN 104760)
14 ko@lrolaw.com
   555 Montgomery Street, Suite 820
15 San Francisco, California  94111
   Telephone:  (415) 433-4949
16 Facsimile:  (415) 433-7311

17 Attorneys for Plaintiffs
   EDWARD M. WALSH and
18 DAVID F. KESLER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD M. WALSH and DAVID F. KESLER,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBALSTAR, INC.,<br><br>Defendant. | NO.  07-CV-01941 TEH (EDL)<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:      August 3, 2009<br>Time:      10:00 a.m.<br>Place:     Courtroom 12, 19th Floor<br>[Hon. Thelton E. Henderson] |

1   Plaintiffs' motion for class certification is set for hearing on August 3, 2009 at 10:00 a.m.
2   A case management conference is scheduled for the same time.  On July 30, 2009, the parties
3   reached, in principle, a class action settlement.  Therefore, the parties jointly request that the
4   Court take the class certification motion off the August 3 calendar and continue the Case
5   Management Conference to August 31, 2009 at 1:30 p.m.  The parties intend to document the
6   settlement promptly and to present preliminary class action settlement approval papers to the
7   Court in advance of the August 31, 2009 hearing.

Dated:  July 31, 2009                       /s/ Donna F. Solen
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
THE MASON LAW FIRM, LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Nicholas A. Migliaccio (*admitted pro hac vice*)
nmigliaccio@masonlawdc.com
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

*Attorneys for Plaintiffs*


                       /s/ Jonathan A. Shapiro
Jonathan A. Shapiro (admitted *pro hac vice*)
Jonathan.shapiro@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Flanagan (SBN 130303)
Mark.flanagan@wilmerhale.com
Dale M. Edmondson (SBN 189793)
Dale.edmondson@wilmerhale.com
1117 California Avenue
Palo Alto, CA  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

*Attorneys for Defendant*

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST
TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE
MANAGEMENT CONFERENCE

2

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 31st day of July at Washington, D.C.

/S/
_____
Donna F. Solen

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE

3

1 **[PROPOSED] ORDER**

2     The Court hereby GRANTS the parties' stipulated request to take the class certification motion off the August 3 calendar and continue the Case Management Conference to August 31, 2009 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 07/31/09                    _____
                                    Thelton E. Henderson
                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Signature stamp: Judge Thelton E. Henderson]*

---

No. 07-1947 TEH (EDL) – JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE                    4