Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD M. WALSH and DAVID F. KESLER, | Case No. 07-CV-01941 TEH |
| Plaintiff, | [~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GLOBALSTAR, INC., | |
| Defendant. | |

### [~~PROPOSED~~] ORDER

The Court hereby GRANTS the parties' joint request to reschedule the Case Management Conference currently scheduled for Monday, August 31, 2009 at 1:30 p.m. to Monday, September 14, 2009 at 1:30 p.m. or such other date and time thereafter as is convenient for the Court.

IT IS SO ORDERED.

DATED: 08/31/09

_____
THELTON E. HENDERSON
United States District Judge

*Judge Thelton E. Henderson*

Case No. 07-CV-01941 TEH [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE