WILMER CUTLER PICKERING
 HALE AND DORR LLP
Jonathan A. Shapiro (SBN: 257199)
jonathan.shapiro@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Christopher B. Zimmerman (admitted *pro hac vice*)
christopher.zimmerman@wilmerhale.com
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax. (617) 526-5000

Attorneys for Defendant
GLOBALSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD M. WALSH and DAVID F. KESLER, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBALSTAR, INC., <br><br> Defendant. | Case No. 07-CV-01941 TEH <br><br> **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**[~~PROPOSED~~] ORDER**

The Court hereby ENDORSES the parties' stipulation and joint request and EXTENDS (i) the time within which to file any response to the Motion for Preliminary Approval of Settlement up to and including November 6, 2009 and (ii) the time within which to file any reply in support of the Motion for Preliminary Approval of Settlement up to and including November 11, 2009.

IT IS SO ORDERED.

DATED: 10/27/09



Thelton E. Henderson
United States District Court Judge

Case No. 07-CV-01941 TEH

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT