MASON LLP
Gary E. Mason (*admitted pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
1625 Massachusetts Avenue, NW
Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

AUDET & PARTNERS, LLP
Michael McShane
mmcshane@audetlaw.com
Jessica Hawk
jhawk@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel. (415) 568-2555
Fax. (415) 568-2556

RAM & OLSON LLP
Michael F. Ram (SBN 104805)
mram@ramolson.com
Karl Olson (SBN 104760)
ko@lrolaw.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs
EDWARD M. WALSH and
DAVID F. KESLER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD M. WALSH and DAVID F. KESLER,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBALSTAR, INC.,<br><br>Defendant. | NO. 07-CV-01941 TEH (EDL)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

# ~~[PROPOSED]~~ ORDER

The Court hereby GRANTS the parties' stipulated request and EXTENDS the time within which to file any response to the Motion for Preliminary Approval of Settlement up to and including November 12, 2009 and to serve the parties with any response by electronic mail no later than 5:00 p.m., Pacific Time; and (ii) the time within which to file any reply in support of the Motion up to and including November 13, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 11/10/09



Thelton E. Henderson
United States District Court Judge