1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION
9

10  EDWARD M. WALSH and DAVID F. KESLER,            NO.  07-CV-01941 TEH (EDL)
11        Plaintiffs,                                **STIPULATION AND [PROPOSED]**
12        v.                                        **MEDIATION CONFERENCE ORDER**
13  GLOBALSTAR, INC.,
14        Defendant.
15
16
17        THE PARTIES TO THE ABOVE- ENTITLED ACTION JOINTLY STIPULATE AS
18  FOLLOWS :
19        This case shall be referred to United States Magistrate Judge Elizabeth D. Laporte for a
20  mediation conference.  Counsel for the parties shall contact Judge Laporte's chambers directly at
21  (415) 522-3694 to schedule the conference or proceed in any other such manner as the Court
22  directs.  The parties will endeavor to schedule the mediation conference as soon as practicable
23  following endorsement of this stipulation.  Defendant Globalstar shall appear in person at the
24  conference through a representative of its Board of Directors.  The representative shall have
25  authority to engage in settlement negotiations on behalf of the Board of Directors.
26        / / /
27
28

All mediation discussions will be informal, off-the-record, privileged and confidential. Should the case not settle, the Court will appoint a different magistrate judge for any discovery or other litigation issues that would otherwise be referred to Magistrate Judge Laporte.

IT IS SO STIPULATED.

Dated: November 16, 2009

/s/ Michael F. Ram
RAM & OLSON LLP
Michael F. Ram (SBN 104805)
mram@ramolson.com
Karl Olson (SBN 104760)
kolson@ramolson.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Tel: (415) 433-4949
Fax: (415) 433-7311
*Attorneys for Plaintiffs*

Dated: November 16, 2009

/s/ Christopher B. Zimmerman
WILMER CUTLER PICKERING
 HALE AND DORR LLP
Christopher B. Zimmerman (*Pro hac vice*)
Christopher.zimmerman@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/17/09

Thelton E. Henderson
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*