IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. WALSH, et al.,

                Plaintiffs,

v.

GLOBALSTAR, INC.,

                Defendant.

NO. C07-1941 TEH

ORDER GRANTING TEXAS ATTORNEY GENERAL'S REQUEST TO APPEAR BY TELEPHONE CONFERENCE CALL

    The Court is in receipt of the request by the Attorney General of Texas ("Texas") to appear by telephone conference call at the hearing on the Motion for Preliminary Approval of Class Action Settlement on Monday, March 29, 2010, at 10:00 am. For good cause appearing, the request is GRANTED. Texas shall call the courtroom at 415-522-2142 promptly at 10:00 am on the date of the hearing to appear by telephone.

**IT IS SO ORDERED.**

Dated: 3/26/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT